KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    FAX: (415) 436-6748

Attorneys for Defendant, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLVIA YOUNGDAHL, et al., ) | No. C 04-3296 PJH |
| Plaintiffs, ) | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| Defendants. ) | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-3296 PJH

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) and by and through their counsel of record, Plaintiffs Sylvia Youngdahl, Dennis Youngdahl, Lyndia Doiron, and Maria Elena Thomason ("plaintiffs"), on the one hand, and defendant United States of America, on the other hand, do hereby stipulate to the dismissal with prejudice of <u>Youngdahl, et al. v. United States of America, et al.</u>, Northern District of California case number C 04-3296 PJH. Each party will bear its own costs.

Dated: November 3, 2005              LAW OFFICES OF MARTIN GLICKFELD

                                                      /s/
                                     MARTIN N. GLICKFELD
                                     Attorneys for Plaintiffs


Dated: November 3, 2005              KEVIN V. RYAN
                                     United States Attorney

                                                      /s/
                                     JONATHAN U. LEE
                                     Assistant United States Attorney
                                     Attorneys for Defendant USA


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/7/05

                                     THE HONORABLE PHYLLIS J. HAMILTON
                                     United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C 04-3296 PJH

2